IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>FTS INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-34622 (DRJ)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 17, 285** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

DAVID RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed as a Case Manager, by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2020, I caused to be served the following:

    a. "Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code," dated September 22, 2020 [Docket No. 17], and

    b. "Joint Prepackaged Chapter 11 Plan of Reorganization of FTS International, Inc. and its Debtor Affiliates," dated November 4, 2020 [Docket No. 285],

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Kody D Sutton, 18 Cardinal LN, Texarkana, TX 75501.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FTS International, Inc. (0081); FTS International Services, LLC (7729); and FTS International Manufacturing, LLC (9132).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 777 Main Street, Suite 2900, Fort Worth, Texas 76102.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/David Rodriguez*
                                                David Rodriguez

Sworn to before me this
1st day of December, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022